IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRENDA G. STEINMETZ and
GEORGE STEINMETZ,

    Plaintiffs,

-vs-

UNITED STATES OF AMERICA,

    Defendants.        No. 09-CV-388-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 18, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

        NANCY J. ROSENSTENGEL,
        CLERK OF COURT


        BY:    /s/*Sandy Pannier*
                Deputy Clerk

Dated: March 24, 2011

Digitally signed by David R. Herndon
Date: 2011.03.24 12:08:02 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT